1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMERO BECERRA RODRIGUEZ, | ) | 1:05-CV-0230 LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER VACATING ORDER GRANTING |
| v. | ) | APPOINTMENT OF COUNSEL |
| | ) | [Doc. #26] |
| J. MARSHALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on appeal to the Ninth Circuit Court of Appeals.

On August 24, 2005, the undersigned issued an order dismissing the petition with prejudice; judgment was entered on the same date. Petitioner filed a notice of appeal and the appeal was processed to the Ninth Circuit on October 5, 2005.

On June 12, 2006, the Court granted a motion by Petitioner to appoint counsel (Form CJA 20). Upon further review, the order was issued in error. The form is used in criminal cases and this is a civil matter. In addition, this matter is no longer pending in this Court but is before the Ninth Circuit. Therefore, a motion for appointment of counsel should be brought in that Court.

Accordingly, the motion to appoint counsel is hereby VACATED.

IT IS SO ORDERED.

**Dated:    June 29, 2006**                         **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE