UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. MARSHALL, Warden,<br><br>　　　　Respondent. | 1:05-CV-0230 LJO HC<br><br>ORDER GRANTING APPOINTMENT OF COUNSEL ON APPEAL |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on appeal to the Ninth Circuit Court of Appeals.

On June 16, 2006, the undersigned received and signed a Form CJA-20 to appoint Katherine Hart, Esq., as Petitioner's attorney on appeal. On June 30, 2006, the order was vacated because the undersigned believed the form motion was submitted to this Court in error as the form did not show the Ninth Circuit authorized the appointment of counsel. Since then, the undersigned has become aware that the form was submitted according to Ninth Circuit authority; however, the electronically filed copy did not have authorization from the Ninth Circuit attached. The Court has been in contact with the Ninth Circuit and the office of Katherine Hart and has been notified that the Ninth Circuit did indeed authorize the appointment of counsel.

1  Accordingly, the appointment of counsel on appeal is GRANTED. Petitioner may submit a
2  Form CJA-20 for authorization of payment of fees for signature.
3  IT IS SO ORDERED.
4  **Dated:      August 16, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE