# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ, ) | 1:05-CV-00230 LJO HC |
| Petitioner, ) | |
| v. ) | ORDER APPOINTING FEDERAL DEFENDER |
| J. MARSHALL, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 2, 2007, the Ninth Circuit Court of Appeals issued an order reversing and remanding the matter to the district court for the purpose of holding an evidentiary hearing to determine whether Petitioner should be entitled to equitable tolling. Pursuant to Rule 8(c) of the Rules Governing Section 2254 Cases, IT IS HEREBY ORDERED that the Federal Defender is APPOINTED to represent Petitioner.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                              /s/ Lawrence J. O'Neill

1                                          UNITED STATES DISTRICT JUDGE