UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ, ) | 1:05-CV-00230 LJO HC |
| ) | |
| Petitioner, ) | |
| ) | SCHEDULING ORDER |
| ) | |
| v. ) | Status Conference |
| ) | |
| ) | Date:       August 23, 2007 |
| J. MARSHALL, ) | Time:       8:45 a.m. |
| ) | Courtroom:  Four |
| Respondent. ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By separate order, the Federal Defender's office has been appointed to represent Petitioner.

On July 2, 2007, the Ninth Circuit Court of Appeals issued an order reversing and remanding the matter to the district court for the purpose of holding an evidentiary hearing to determine whether Petitioner should be entitled to equitable tolling.

Accordingly, IT IS HEREBY ORDERED that a status conference hearing will be conducted on **Thursday, August 23, 2007, at 8:45 a.m.** before the undersigned for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                              /s/ Lawrence J. O'Neill

1                                               UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28