UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMERO BECERRA RODRIGUEZ, | ) | 1:05-CV-00230 NEW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER SCHEDULING EVIDENTIARY |
| v. | ) | HEARING |
| | ) | |
| J. MARSHALL, | ) | Date:  December 13, 2007 |
| | ) | Time:  8:45 a.m. |
| | ) | Dept:  4 (LJO) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Katherine L. Hart, Esq. Respondent is represented in this action by Brian R. Means, Esq, of the Office of the Attorney General.

On July 27, 2007, judgment was entered following the July 2, 2007, order of the Ninth Circuit Court of Appeals that had reversed and remanded the matter to the district court for the purpose of holding an evidentiary hearing to determine whether Petitioner should be entitled to equitable tolling.

On August 23, 2007, a status conference was held for the purpose of scheduling an evidentiary hearing in this matter. Ms. Hart personally appeared on behalf of Petitioner, Petitioner

1 appeared telephonically, and Justain Riley, Esq., appeared telephonically on behalf of Respondent.
2 The parties have agreed to the above-captioned date and time.
3    Accordingly, the evidentiary hearing is ORDERED set for **December 13, 2007, at 8:45 a.m.,**
4 **before the undersigned.** Rule 8(a) of the Rules Governing Section 2254 Cases; <u>Townsend v. Sain</u>,
5 372 U.S. 293, 313, 318 (1963).
6 IT IS SO ORDERED.
7 **Dated:    August 23, 2007**                    /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE