# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ,  )<br>                                                           )<br>                      Petitioner,        )<br>                                                           )<br>         v.                                                )<br>                                                           )<br>J. MARSHALL,                                 )<br>                                                           )<br>                      Respondent.    )<br>_____) | 1:05-CV-00230 GSA HC<br><br>ORDER TO CONTINUE EVIDENTIARY HEARING<br><br>Date:   February 28, 2008<br>Time:  9:00 a.m.<br>Dept:   10 (GSA) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Katherine L. Hart, Esq. Respondent is represented in this action by Justain P. Riley, of the Office of the Attorney General.

On January 3, 2008, Petitioner filed a motion to continue the evidentiary hearing set for January 10, 2008. Counsel for Petitioner declares that counsel for Respondent does not object to a continuance and that both parties are available the third or fourth week of February, 2008.

Accordingly, Petitioner's motion for continuance is GRANTED. The evidentiary hearing is ORDERED continued to **February 28, 2008, at 9:00 a.m., before the undersigned. (See,** Rule 8(a) of the Rules Governing Section 2254 Cases; Townsend v. Sain, 372 U.S. 293, 313, 318 (1963)).

IT IS SO ORDERED.

Dated:   **January 4, 2008**                              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE