# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGEUZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. MARSHALL, Warden,<br><br>　　　　Respondent. | CV-F-05-0230 GSA (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO POSTPONE CONFERENCE CALL SET FOR MAY 15, 2008<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

　　　　Petitioner OMERO BECERRA RODRIGUEZ requests that the Court reschedule the conference call previously scheduled for May 15, 2008 to allow for Petitioner's attorney to be absent on vacation out of the country from May 9, 2008 to May 17, 2008. Counsel states opposing counsel has no opposition to such request. Counsel for Petitioner and Respondent both also request that the Court set a status date by which both counsel can advise the Court, by way of electronically filed joint status report, counsels' respective progress toward preparing for an evidentiary hearing. Petitioner's counsel and Respondent's counsel suggest that a joint status report be filed by June 15, 2008.

1

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the conference call currently scheduled for May 15, 2008 at 10:00 a.m. be cancelled, and that the parties file a joint status report to the court on or before June 15, 2008.

IT IS SO ORDERED.

**Dated:   May 6, 2008**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2