# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ, ) | 1:05-CV-00230 GSA HC |
| Petitioner, ) | |
| v. ) | ORDER TO SUBMIT STATUS REPORT |
| J. MARSHALL, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on remand from the Ninth Circuit Court of Appeals. Petitioner is represented in this action by Katherine L. Hart, Esq. Respondent is represented in this action by Justain P. Riley, of the Office of the Attorney General.

On June 13, 2008, the parties submitted a joint status conference statement pursuant to the Court's order of May 7, 2008. The parties indicated that discovery was ongoing, and the following documents would be submitted to the Court:

1. Prison mail log for Petitioner;

2. Declaration of Petitioner;

3. Declaration of Rita L. Swenor; and

4. Letter of June 25, 2003, from Rita L. Swenor, addressed to Petitioner.

As of this date, the Court has received items 1 and 2, but not 3 and 4.

1    Accordingly, Petitioner and Respondent are DIRECTED to file a status report within thirty
2 (30) days of the date of service of this Order advising the Court on the status of these items.

4    IT IS SO ORDERED.
5    Dated:   **January 26, 2009**         **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE