# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMERO BECERRA RODRIGUEZ, | 1:05-CV-00230 GSA HC |
| Petitioner, | |
| v. | ORDER TO PROVIDE FURTHER BRIEFING |
| J. MARSHALL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on remand from the Ninth Circuit Court of Appeals. Petitioner is represented in this action by Katherine L. Hart, Esq. Respondent is represented in this action by Justain P. Riley, of the Office of the California Attorney General.

On March 2, 2009, the parties submitted a joint status conference statement pursuant to the Court's order of January 26, 2009. The parties have indicated there is no further need for discovery and all evidence in the form of declarations, letters and mail logs have been submitted to the Court.

Based on the parties' submissions, it appears an evidentiary hearing will not be necessary. Petitioner has provided a declaration from his appellate attorney, Rita L. Swenor, Esq, in which Swenor acknowledges she was Petitioner's appellate attorney. She states she located a letter she had produced on June 25, 2003, in which she informed Petitioner of the denial of his petition for review to the California Supreme Court. She further states she has no independent recollection of having

sent this letter. She also states she has no recollection of having any telephonic or written contact with Petitioner after the petition for review was denied. The prison mail logs that have been submitted to the Court are consistent with Swenor's and Petitioner's declarations on this issue. Therefore, it appears an evidentiary hearing would serve no purpose at this point, since any testimony by Swenor or Petitioner would be cumulative. Therefore, unless the parties believe an evidentiary hearing is necessary for other reasons, the issue of equitable tolling will be decided on the pleadings and evidence submitted.

Accordingly, Petitioner and Respondent are DIRECTED to file their respective final briefs on the issue of equitable tolling within sixty (60) days of the date of service of this order. In the event either party believes an evidentiary hearing is necessary, Petitioner or Respondent may so move within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 13, 2009**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE